| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | Title | FileHash | ISP | city | county |
|---|---|---|---|---|---|---|---|---|
| 1 | 68.60.18.185 | µTorrent 3.2.2 | 02/18/2013 07:04:44 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Chattanooga | Hamilton |
| 2 | 184.174.172.80 | Vuze 4.5.0.4 | 02/07/2013 06:41:44 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | EPB Telecom | Chattanooga | Hamilton |
| 3 | 50.147.136.158 | Vuze 4.8.0.0 | 01/29/2013 07:26:03 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Harriman | Roane |
| 4 | 50.142.215.106 | µTorrent 3.2.3 | 01/12/2013 10:13:45 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Knoxville | Knox |
| 5 | 50.147.146.74 | µTorrent 3.2.2 | 01/05/2013 10:16:01 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Rockwood | Roane |
| 6 | 71.87.201.249 | µTorrent 3.2.1 | 01/03/2013 05:29:06 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Sevierville | Sevier |
| 7 | 184.2.228.213 | µTorrent 3.2.3 | 01/03/2013 01:07:10 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Embarq Corporation | Jonesborough | Washington |
| 8 | 97.81.140.201 | µTorrent 3.2.3 | 01/02/2013 03:10:29 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Manchester | Coffee |
| 9 | 71.80.72.57 | BitTorrent 7.7.0 | 12/30/2012 05:10:14 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Lenoir City | Loudon |
| 10 | 71.9.219.195 | BitTorrent 7.7.0 | 12/25/2012 03:03:20 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Johnson City | Washington |
| 11 | 50.147.33.8 | µTorrent 3.2.3 | 12/24/2012 03:11:24 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Knoxville | Knox |
| 12 | 70.193.19.60 | µTorrent 3.2.3 | 12/23/2012 10:14:27 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Verizon Wireless | Oliver Springs | Morgan |
| 13 | 24.159.30.105 | µTorrent 3.2.0 | 12/21/2012 03:21:24 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Tullahoma | Coffee |
| 14 | 184.60.135.168 | µTorrent 3.1.3 | 12/19/2012 10:26:05 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | TDS Telecom | Vonore | Monroe |
| 15 | 71.88.204.54 | µTorrent 3.2.3 | 12/17/2012 05:08:19 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Johnson City | Washington |
| 16 | 75.130.65.234 | BitTorrent 7.7.0 | 12/17/2012 01:03:07 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Kingsport | Sullivan |
| 17 | 216.41.251.245 | Vuze 4.8.0.0 | 12/16/2012 05:13:29 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Bristol Tennessee Essential Services | Bristol | Sullivan |
| 18 | 24.158.81.247 | µTorrent 3.1.3 | 12/16/2012 03:27:03 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Johnson City | Washington |
| 19 | 96.33.20.4 | µTorrent 3.2.3 | 12/14/2012 02:42:36 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Johnson City | Washington |
| 20 | 24.159.22.246 | Transmission 2.51 | 12/11/2012 09:06:05 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Maryville | Blount |
| 21 | 72.161.40.98 | BitTorrent 7.7.0 | 12/11/2012 04:54:20 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | CenturyTel Internet Holdings | Tazewell | Claiborne |
| 22 | 108.174.103.252 | µTorrent Mac 1.8.0 | 12/10/2012 04:56:04 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | EPB Telecom | Chattanooga | Hamilton |
| 23 | 68.112.81.135 | BitTorrent 7.7.2 | 12/09/2012 10:19:03 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Sevierville | Sevier |
| 24 | 165.166.215.106 | µTorrent 3.0.0 | 12/09/2012 08:08:33 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Spirit Telecom | Oneida | Scott |
| 25 | 66.85.233.29 | BitTornado 18.33.0 | 12/09/2012 05:18:24 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | EPB Telecom | Sale Creek | Hamilton |
| 26 | 71.15.254.73 | Vuze 4.7.1.2 | 12/09/2012 12:36:48 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Morristown | Hamblen |
| 27 | 66.115.100.21 | BitTorrent 7.6.1 | 12/08/2012 07:59:14 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | James Cable, LLC | Speedwell | Claiborne |
| 28 | 50.147.104.253 | BitComet 1.34 | 12/08/2012 07:12:55 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | La Follette | Campbell |
| 29 | 68.53.197.22 | BitTorrent 7.2.0 | 12/08/2012 05:05:33 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Chattanooga | Hamilton |
| 30 | 24.176.156.12 | µTorrent 3.2.2 | 12/06/2012 05:50:03 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Maryville | Blount |
| 31 | 184.174.163.9 | Vuze 4.5.0.4 | 12/06/2012 04:04:17 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | EPB Telecom | Chattanooga | Hamilton |
| 32 | 68.53.250.173 | µTorrent 3.2.2 | 12/06/2012 12:51:39 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Hixson | Hamilton |
| 33 | 24.159.3.98 | BitTorrent 7.7.0 | 12/05/2012 11:41:42 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Morristown | Hamblen |
| 34 | 71.88.115.133 | µTorrent 3.1.3 | 12/05/2012 09:18:35 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Cleveland | Bradley |
| 35 | 24.158.138.38 | Vuze 4.8.0.0 | 12/05/2012 03:24:58 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Elizabethton | Carter |
| 36 | 71.88.217.40 | BitTorrent 7.7.0 | 12/04/2012 03:38:05 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Johnson City | Washington |
| 37 | 206.74.90.80 | Vuze 4.8.0.0 | 12/04/2012 12:41:17 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Spirit Telecom | Rock Island | Warren |
| 38 | 97.81.2.244 | Vuze 4.5.0.4 | 12/03/2012 07:57:57 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Charter Communications | Kingsport | Sullivan |
| 39 | 50.147.186.60 | µTorrent 3.2.0 | 12/02/2012 04:21:33 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Maryville | Blount |
| 40 | 184.174.185.227 | µTorrent 3.2.0 | 12/02/2012 04:19:53 PM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | EPB Telecom | Soddy Daisy | Hamilton |
| 41 | 108.174.100.50 | µTorrent 3.1.3 | 12/02/2012 02:56:36 AM | Elf-Man | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | EPB Telecom | Chattanooga | Hamilton |