# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-823-286

**Effective date of registration:**
October 19, 2012

## Title
- **Title of Work:** Elf-Man

## Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** August 1, 2012
- **Nation of 1st Publication:** United States

## Author
- **Author:** Elf-Man LLC
- **Author Created:** direction/director, script/screenplay
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Elf-Man LLC
  7820B Wormans Mill Rd. Ste 222, Frederick, MD, 21701, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music
- **New material included in claim:** production as a motion picture

## Rights and Permissions
- **Organization Name:** Elf-Man LLC
- **Address:** 7820 Wormans Mill Rd
  Suite 222
  Frederick, MD 21701 United States

## Certification