IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| VISION FILMS INC. ) | |
| ) | |
|     *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. TBD |
| ) | |
| DOES 1-41, ) | |
| ) | |
|     *Defendants.* ) | |
| _____ ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

I, the undersigned, as counsel of record for the plaintiff, certify that to the best of my knowledge and belief, my client has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1.

Respectfully submitted,

    s/Van R. Irion
    Law Office of Van R. Irion, PLLC
    9040 Executive Park Drive, Suite 200
    Knoxville, TN 37923
    (865) 809-1505
    van@irionlaw.com

Dated: March 8, 2013

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system.