|  **CT Corporation**  865 342 3522 tel
Corporate Legal Services  www.ctcorporation.com
800 South Gay Street
Suite 2021
Knoxville, TN 37929-9710

**FILED**

APR 2 6 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

April 22, 2013

Van R. Iron
Law Office of Van R. Iron
9040 Executive Park Dr,
Suite 200,
Knoxville, TN 37923

Re: Vision Films Incorporated, Pltf. vs. Does 1-41, Dfts. // To: Century Link/Century Tel/Embarq

Case No. 313CV128

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by C T Corporation System upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which C T Corporation System furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o C T Corporation System at the address shown on this letter.

Very truly yours,

*[signature]*

C T Corporation System

Log# 522572779

Sent By Regular Mail

cc: Eastern District of Tennessee - U.S. District Court - Knoxville Division
    800 Market Street,
    Suite 130,
    Knoxville, TN 37902

**(Returned To)**

Van R. Iron
Law Office of Van R. Iron
9040 Executive Park Dr,
Suite 200,
Knoxville, TN 37923